# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Patriot Construction, Inc. | ) | ASBCA No. 60078 |
| | ) | |
| Under Contract No. W912DR-13-C-0053 | ) | |

APPEARANCES FOR THE APPELLANT:　　Steven J. Koprince, Esq.
　　　　　　　　　　　　　　　　　　　Matthew T. Schoonover, Esq.
　　　　　　　　　　　　　　　　　　　　Koprince Law LLC
　　　　　　　　　　　　　　　　　　　　Lawrence, KS

APPEARANCES FOR THE GOVERNMENT:　　Thomas H. Gourlay, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　Engineer Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　William J. Selinsky, Esq.
　　　　　　　　　　　　　　　　　　　David B. Jerger, Esq.
　　　　　　　　　　　　　　　　　　　　Engineer Trial Attorneys
　　　　　　　　　　　　　　　　　　　　U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 29 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

　　　　I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60078, Appeal of Patriot Construction, Inc., rendered in conformance with the Board's Charter.

　　　　Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals